UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-106

EDGARDO RIVERA,

Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR ORDER ALLOWING IT TO MAINTAIN CUSTODY OF SEIZED PROPERTY UNDER 18 U.S.C. §983(a)(3)(B)(ii)(II) (DKT. NO. 29)**

---

On August 24, 2026, the government filed a motion under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), asking the court to allow the government to maintain custody of the approximately $16,281 in United States currency seized from the defendant's residence in Milwaukee, Wisconsin, on or about March 28, 2026, pending resolution of the criminal case. Dkt. No. 29.

The government's motion indicated that the seized assets were in the custody of the government by virtue of process issued in a matter other than this criminal case. The motion further indicated that the government would maintain and preserve the seized assets throughout this criminal case so that the assets would be available for possible forfeiture.

When the government commences a criminal forfeiture action containing an allegation that one or more specific items of property are subject to forfeiture, and the government has already seized that property by administrative or civil forfeiture process, under 18 U.S.C. §983(a)(3)(B)(ii)(II),

the government must "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute." The court is authorized to take any action necessary to preserve the availability of the property under 21 U.S.C. §853(e)(1).

The court **GRANTS** the government's motion for an order allowing it to maintain custody of seized property under 18 U.S.C. §983(a)(3)(B)(ii)(II).

The court **ORDERS** that under 21 U.S.C. §853(e)(1), the United States and its agencies, including the Federal Bureau of Investigation, are authorized to maintain and preserve the seized asset until this criminal case is concluded or pending further order of this court.

This court **CONCLUDES** that this order satisfies the requirements of 18 U.S.C. §983(a)(3)(B)(ii)(II).

Dated at Milwaukee, Wisconsin, this 28th day of August, 2026.

**HON. PAMELA PEPPER**
**Chief United States District Judge**